CASE 5:23-CV-00058-DCB-LGI   11/29/2023

MICHAEL BLAINE ARDIZONE
vs.
WARDEN HERBERT YOUNG

SOUTHERN DISTRICT OF MISSISSIPPI
FILED
DEC 01 2023
ARTHUR JOHNSTON
BY _____ DEPUTY

Petitioner would like to attach one more document to supplement the update mailed in last week (the week of Monday 11/22/23). The administration finally managed to respond to a formal grievance, originally enclosed in an envelope and handed to an administrative officer directly. After <u>20 days</u>, administration continues to ignore the fact that I have never once been able to speak to a lawyer and also the fact that after 18 months they have failed to indict me. Once again they are demanding money that I repeatedly explain I do not have. They refuse to prosecute or drop charges. I feel that I have been kidnapped and being held for ransom. I have labeled the following document "Exhibit C." *Mich A.*