PIKE COUNTY JAIL     EXHIBIT C



## GRIEVANCE FORM

INMATE NAME: Michael Ardizone   DATE: 11/8/2023   TIME: 12:00   ZONE: D-Block

Describe the complaint: ( **YOU MUST** include the date, time and any witnesses)

I have been here 18 months. I have not been indicted. I have never talked to or received any form of correspondence from my lawyer. Several of my constitutional rights are being violated, two of which are 1) right to legal counsel 2) right to a prompt indictment

Describe how you would like your complaint resolved: Time is up for a prompt indictment, at this point I am being held illegally. My due process is being violated and I expect to be released expeditiously.

Inmate Signature: [signature]

**DO NOT WRITE BELOW THIS LINE OFFICE USE ONLY**

Response to complaint: Mr. Ardizone, as I have stated before, you have a $4,000.00 surety bond, it will only cost you $400.00 to bond out. Please be advised that no of your rights have been violated and you don't need to wait on an indictment to leave this facility. Contact your family, get a bondsman and bond out, you have to make an effort in order to leave.

CM Hughes
11.29.23

"EXHIBIT C"